UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 05-272 (JLL) |
| CARL BABB | : | O R D E R |

This matter having come before the Court on the motion of Defendant Carl Babb, for an Order terminating the remaining term of his supervised release; and the Court having reviewed the Defendant's Motion and the Government's Opposition thereto;

IT IS, on this 3rd day of Dec., 2009,

ORDERED THAT the motion of Defendant Carl Babb for an order terminating the remaining term of his supervised release is DENIED.

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE