UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares

v.                          :    Criminal No. 05-272 (JLL)

CARL BABB                   :    O R D E R

This matter having come before the Court on the motion of Defendant Carl Babb, for an Order terminating the remaining term of his supervised release; and the Court having reviewed the Defendant's Motion and the Government's Opposition thereto;

IT IS, on this 25 day of Jan, 2011,

ORDERED THAT the motion of Defendant Carl Babb for an order terminating the remaining term of his supervised release is DENIED; and it is further

ORDERED THAT the Financial Litigation Unit of the U.S. Attorney's Office, District of New Jersey, investigate Defendant Carl Babb's ability to pay the remaining restitution of $735,425.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE